UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED

AUG 2 4 2006


CLERK

| | |
|---|---|
| GREGG M. PETERS, NICOLE A. PETERS, and JONES FOOD CENTER OF PARKER, INC., Plaintiffs, -vs- ALLIED PROPERTY AND CASUALTY INS. CO., AMCO INSURANCE COMPANY, and NATIONWIDE INSURANCE CO. OF AMERICA, Defendants. | CIV. 06-4017-KES  **STIPULATION FOR DISMISSAL** |

It is hereby stipulated by and between the Plaintiffs, Gregg M. Peters, Nicole A. Peters, and Jones Food Center of Parker, Inc., and the Defendants, Allied Property and Casualty Ins. Co., AMCO Insurance Company, and Nationwide Insurance Co. of America, by the through their respective counsel of record that the Complaint of the Plaintiffs against the Defendants, and all causes of action thereunder which were asserted or could have been asserted may hereby be dismissed, on the merits, with prejudice, and without costs or further notice to any of the parties.

Dated this 23rd day of August, 2006.     Dated this 22 day of August, 2006.

**DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.**

*(signature)*

Michael L. Luce
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
*Attorney for the Defendants*

**CRAIG K. THOMPSON LAW OFFICE**

*(signature)*

Craig K. Thompson
PO Box 295
Vermillion, SD 57069
Telephone: (605) 624-2097
*Attorney for the Plaintiffs*