

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

GREGG M. PETERS, NICOLE A. PETERS, and
JONES FOOD CENTER OF PARKER, INC.,                    CIV. 06-4017-KES
                              Plaintiffs,

-vs-

**JUDGMENT**

ALLIED PROPERTY AND CASUALTY INS. CO.,
AMCO INSURANCE COMPANY, and
NATIONWIDE INSURANCE CO. OF AMERICA,
                              Defendants.

---

Based on the Stipulation of counsel, it is hereby

ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiffs, Gregg M. Peters, Nicole a. Peters, and Jones Food Center of Parker, Inc., against the Defendants, Allied Property and Casualty Ins. Co., AMCO Insurance Company, and Nationwide Insurance Co. of America, and all causes of action thereunder which were asserted or could have been asserted, are hereby dismissed, on the merits, with prejudice, and without costs or further notice to the parties.

Dated this 25 day of August, 2006.

BY THE COURT:

_____
Honorable Karen E. Schreier
United States District

ATTEST:

Joseph Haas
Clerk of Court

Sandra Thiele
Deputy

(SEAL)

-1-